# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ANDREW WORRALL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-MJ-1292 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 1, 2025__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement |
| 18 U.S.C. §§ 1591(a)(1) and (b)(2) | Sex Trafficking of a Child |
| 18 U.S.C. § 2251(a) & (e) | Exploitation of a Child for the Purpose of Production |

This criminal complaint is based on these facts:
Please see attached affidavit, incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Paul B. Gilbride, DOE-OIG
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/02/2025__

_____
Judge's signature

City and state: __Knoxville, TN__

Debra C. Poplin
United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN THE MATTER OF:

A CRIMINAL COMPLAINT AND ARREST WARRANT FOR:

ANDREW WORRALL

CASE NO. 3:25-mj-1292

FILED UNDER SEAL

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Paul B. Gilbride, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

### INTRODUCTION AND AGENT BACKROUND

1.  I am a Special Agent with the U.S. Department of the Energy, Office of Inspector General (DOE-OIG), and have been so since 2013. Between 2008 and 2013, I was a special agent with the United States Secret Service. I hold a Bachelor of Science in Information Technology and a Master of Science in Telecommunications from George Mason University in Fairfax, Virginia. During my law enforcement career, I have investigated financial fraud, network intrusions, child pornography, extortion, threats against protected persons, counterfeit currency, credit card fraud, and other electronic crimes.

2.  While acting in my official capacity, I am authorized to investigate violations of the laws of the United States. I am currently assigned to the DOE-OIG Cyber Investigations and Forensics Analysis Unit, where I have previously investigated and/or participated in investigations of network intrusions, intellectual property theft, mishandling of classified data, threats affecting interstate commerce, child exploitation and child pornography offenses, which included surveillance, executing search warrants, and

1

reviewing digital evidence containing numerous examples of child pornography.

3. I am also a U.S. Department of Energy - Office of Inspector General, Internet Crimes Against Children (ICAC) Affiliate Task Force member. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. I have received training and instruction in the field of investigation of child pornography and have had the opportunity to participate in investigations relating to the sexual exploitation of children. As part of my training and experience, I have reviewed images depicting child pornography in a variety of formats (such as digital still images and video images) and media (such as digital storage devices, the Internet, and printed images).

4. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC), and the United States Secret Service Special Agent Training Course (SATC), where I received specialized training concerning the execution of search warrants involving digital media and the proper handling of evidence. I have also completed the Department of Homeland Security, Basic Computer Evidence Recovery Training Program (BCERT) and Advanced Computer Evidence Recovery Training Program (ACERT), Homeland Security Investigations (HSI) Victim Identification course, as well as various other training in the area of computer forensics, which included child pornography and child exploitation.

5. This affidavit is made in support of an application for an arrest warrant for Andrew WORRALL for the following offenses: attempted coercion and enticement, in violation of 18 U.S. Code § 2422(b); sex trafficking of a child, in violation of 18 U.S.C. §§

2

1591(a)(1) and (b)(2); and exploitation of a child for the purpose of production, in violation of 18 U.S.C. § 2251(a) & (e) ("**TARGET OFFENSES**").

6. I am familiar with the following facts based upon information officially supplied to me by my own investigation, and through facts provided by other law enforcement agencies.

## RELEVANT STATUTES

7. As noted above, this investigation concerns alleged violations of the following statutes:

    a. Attempted Coercion and Enticement, in violation of 18 U.S.C. § 2422(b);

    b. Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(2); and

    c. Exploitation of a child for the purpose of production, in violation of 18 U.S.C.§ 2251(a) & (e).

## PROBABLE CAUSE

8. On July 18, 2025, Assistant Special Agent-in-Charge (ASAC) Aaron Neff, DOE-OIG, Office of Investigations (OI) provided SA Joshua Nicholson, DOE-OIG, with a .pdf document titled "Worrell152407.pdf", wherein Ava Newsome sent an email and several screenshots of a text conversation between herself and Andrew Worrall to the Employee Concerns email (employeeconcerns@ornl.gov) at ORNL. In the email, Newsome stated she and Worrall first started talking on Snapchat where Newsome stated Worrall knew she gave her age as 16 years old. According to Newsome, Worrall asked if she was younger because he thought that was "hot." From there, they moved to Telegram and continued their discussion.

3

9. A review of the screenshot text messages showed the contact name "Wozza," with a phone number listed as (865) 313-0177. A search of the One ID Phonebook, which lists contact information for Department of Energy Employees for phone number (865) 313-0177 identified it as contact information for Andrew Worrall, worralla@ornl.gov, (**TARGET SUBJECT),** who is employed at the Office of Science, at the Oak Ridge National Laboratory.

10. A review of the screenshot text messages shows multiple images of a white male, which matches images provided by ORNL of **TARGET SUBJECT**'s employee ID photograph, and images from **TARGET SUBJECT**'s Tennessee driver's license. A review of property records indicated **TARGET SUBJECT**'s address as 12509 Daisy Field Lane, Farragut, Tennessee 37934.

11. A review of the screenshot text messages revealed the following dialogue between **TARGET SUBJECT** and Ava Newsome:

| | |
|---|---|
| -Newsome: | You really don't care that I'm 16? |
| -Worrall: | I love that you are |
| -Worrall: | This is like a dream come true for me |
| -Newsome: | Your 51? correct |
| -Worrall: | Yep, that ok? |
| -Newsome: | I like older but not too much and yes it's perfect |
| -Worrall: | Show me what you look like baby, I'm so horny for you |
| -Newsome: | Have you been with younger before |
| -Worrall: | Not as young as you, dated 18 and 19 year old |
| -Newsome: | Oh wow, what do you do for work |
| -Worrall: | I manage science and engineering projects |
| -Newsome: | Would you ever want to meet? Wait where are you from again? |
| -Worrall: | I'm from England. But I now live in TN. You? I'd love to meet though yeah |
| -Newsome: | I'm in Michigan |

4

| | | |
|---|---|---|
| -Newsome: | What would you want to do when we meet? | |
| -Worrall: | Ooh great questions. I'd love to hugh you first, big long hug. Kiss you on the head. Say what a good girl you are hehe. Take you for a fancy dinner, go shopping and get a cute dress for you, I love photography so I'd love to take lots of pics of you | |
| -Newsome: | we'd have to hangout in secrete | |
| -Worrall: | Yeah, for sure, in my hotel room? | |
| -Newsome: | Possibly! Would you come to me? | |
| -Worrall: | It's easier for me to come to you, right? | |
| -Worrall: | Would you be able to sleep over or no? | |
| -Newsome: | Yeah I would just say I'm going to my friends house and then you could pick me up from there, and then you'd just have to take me back there so my mom doesn't know | |
| -Worrall: | Love it, so tell me… do you want me to be a gentle daddy or a dominating daddy? | |
| -Newsome: | it depends what you want I like to be submissive | |
| -Worrall: | Good. Yeah I like to take control. Lead. Dominate totally | |

12.     On July 23, 2025, SA Nicholson and I conducted a telephonic interview of Newsome, who stated she began interacting with **TARGET SUBJECT** when he added her on Snapchat in early July 2025. Newsome stated she told **TARGET SUBJECT** she was 18 years old, but she stated **TARGET SUBJECT** did not believe her and insisted she was 16 years old, which she initially denied, but gradually lied and told **TARGET SUBJECT** she was 16 years old. After initiating the chat on Snapchat, Newsome suggested they switch to Telegram, which they did. During an in-person interview, agents verified Newsome was 18 years of age and verified the Snapchat user account **TARGET SUBJECT** was using as 'anon_me2025'.

13.     Review of the Snapchat records for user account 'anon_me2025' identified that the account contained communications of a sexual nature between many users who stated they

5

had not achieved the age of 18. The following are excerpts of those such communications:

14. User 'Raluka62442' stated she was 17 years old. 'Anon_2025' sent an audio message saying, "good girl, you want to show daddy your beautiful little titties". 'Raluka62442' then sent a topless image. The conversation continued and 'Raluka62442' sent several sexually explicit videos of herself. 'Anon_2025' asked her to "slide a finger in her beautiful wet pussy," to which she replied that she can't because she has long nails. 'Anon_2025' then prompted her to use an object, which 'Raluka62442' responded to by sending a video of her placing a hairbrush handle in and out of her vagina.

15. User 'l50883517' and 'Anon_2025," from July 7, 2025, and July 8 2025: 'l50883517' initially stated that she's 18, but later stated she would be 18 in 6 months, which would make her 17. Based upon 'Anon_2025's' prompting, she sent clothed images and a live video saying she's real and that she is from Charleston. 'Anon_2025' then said he wanted to see a video of her breasts, and she told him he's got to pay. He asked for her Cash App and sent her an unknown amount of money. She then sent him a video exposing her breasts. He then asked to "Show me how you play with your pussy baby. Make daddy cum for you." She then sent images and videos of her putting her fingers in her vagina, and her face appears in the video. She then said she would give him stuff for free if he helps her figure out what to do, what to film, and how. He then offered pointers and helped when it came to how to dress, how to act, and what to film. He sent her a script for a video:

> *Here's a script for the bathroom: camera on sink pointing towards bath/shower. You undress out of tennis clothes as though just got home. Undress in front of camera. Look at yourself in mirror. Admire your body. Start shower. Bend over picking things up so can see your ass. Get in shower. Just wash your*

6

*body. As you rub tits, pussy, ass, touch each part more erotically as though getting turned on. If the shower head comes off, use it on your clit with foot up so can see your pussy and jet on your clit. If you have a toy, fuck yourself in shower or use shower gel bottle.*

16. During the chat, '150883517' provided her phone number, stated she was from Charleston, SC, and provided her Cash App moniker. Based upon this information, DOE criminal intelligence personnel were able to locate an Instagram page for the user '150883517,' and was able to identify her as 17-year-old minor victim (MV)[1], date of birth January 12, 2008. MV's live Snapchats were compared to other information MV provided in the communication, and investigators discovered that the sexually explicit images and videos were provided to **TARGET SUBJECT** at his request by MV.

17. On August 12, 2025, I obtained and executed a federal search warrant from this Court authorizing the search of information associated with the Snapchat account 'anon_me2025,' attached as reference.

18. Subscriber records obtained during the execution of this search warrant identified that the 'anon_me2025' Snapchat account was accessed from several IP addresses, including 69.131.208.239 on January 19, 2025, at 20:22:29 UTC; and July 9, 2025, at 22:14:20 UTC.

19. IP address 69.131.208.239 is assigned to TDS Broadband Service. TDS Broadband Service subscriber information identified on September 18, 2025, revealed that the IP address 69.131.208.239 was issued to Andrew Worrall, and the current session for the IP address started on December 1, 2024, and was still in session as of September 12, 2025. The address listed for the account was 12509 Daisy Lane, Farragut TN, 37934.

---

[1] Law enforcement is aware of MV's true name.

20. On October 1, 2025, I obtained a federal search warrant from this Court for the **TARGET SUBJECT** (3:25-mj-1290, attached hereto for reference), and on October 3, 2025, I obtained another federal search warrant from this Court for the **TARGET SUBJECT**'s residence at 12509 Daisy Field Lane, Farragut, Tennessee, (3:25-mj-1291, attached hereto for reference) to search computers, computer media, and any communication device including but not limited to wireless telephones to seize evidence, fruits, and instrumentalities of the **18 U.S.C 2251(a), 18 U.S.C. 2252A(a)(1)&(2), 18 U.S.C. 2252A(a)(5)(B).**

21. On October 2, 2025, investigators with the DOE-OIG went to Charleston, SC and interviewed MV with the consent of her parents. During the interview, investigators reviewed MV's South Carolina Beginner's Driver's Permit, which confirmed her date of birth to be January 12, 2008. MV stated that she had engaged in an internet chat with **TARGET SUBJECT** and sent him explicit photographs and videos. MV further identified a still image of one of the sexually explicit videos where MV is seen masturbating which she provided to **TARGET SUBJECT**. MV also stated that **TARGET SUBJECT** sent her twenty dollars ($20) via CashApp for the sexually explicit video. The funds were received in MV's CashApp account, which she then cancelled. MV was also shown a non-explicit video showing her face from the same chat and she confirmer her identity.

8

## CONCLUSION

22.     Based on the foregoing, I respectfully submit there is probable cause to establish that ANDREW WORRALL committed the following offenses: Attempted Coercion and Enticement, in violation of 18 U.S.C. § 2422(b); Sex Trafficking of a Child, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2); and Exploitation of a child for the purpose of production, in violation of 18 U.S.C.§ 2251(a)&(e).

FURTHER AFFIANT SAYETH NOT,

_____
PAUL BRADFORD GILBRIDE
Special Agent
Department of Energy

Subscribed and sworn to before me, by telephone,
pursuant to Fed. R. Crim. P. 4.1(b)(2)(A),
on the 3rd day of October 2025.

_____
HON. DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE