# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Knoxville

**Date:** 10/6/2025  **Courtroom:** 3B - Knoxville

**Initial Appearance:** ☑ Complaint ☐ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5

**Other Hearing:** ☐ Arraignment ☐ Arraignment on SSI

**Case No.** 3:25-MJ-1292  **USA v.** Andrew Worrall

**Present Before: HONORABLE** Debra C. Poplin, U.S. Magistrate Judge

| | | |
|---|---|---|
| Jennifer Kolman | Sarah Olesiuk | Scott Queener |
| Assistant U.S. Attorney | Attorney for Defendant  ☑ Appt. ☐ Retd. ☐ Ltd. App. | US Probation Officer |
| Madison McCroskey | DCR | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter ☐ SWORN |

## PROCEEDINGS:

- ☑ Financial affidavit executed
- ☐ Deft. retained an attorney
- ☑ Deft. advised of rights
- ☐ Deft. waived reading of Indictment/Information
- ☐ Deft. pleads not guilty on counts _____
- ☐ Not guilty plea entered by Court on defendant's behalf
- ☑ Deft. requested a Preliminary Examination
- ☐ Court UNSEALED case in its entirety
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding
- **Court Appointed:** ☑ Federal Defender or ☐ CJA Attorney
- ☐ Deft. WAIVED appointment of an attorney
- ☐ Indictment/Information Read
- ☐ Deft. entered no plea
- ☐ Deft WAIVED the Rule 5 hearings
- ☐ Case REMAINS sealed

## DATES SET:

- Jury Trial: _____
- Detn Hrg: _____
- Arraignment: _____
- Status Conf: October 17, 2025 at 1:30 p.m.
- Revocation Hrg: _____
- Final Pretrial Conf.: _____
- Preliminary Examination: October 17, 2025 at 1:30
- Motion Hrg: _____
- Other Hrg: _____

## DEADLINES SET:

- Discovery Ddl: _____
- Motion Cut-Off: _____
- Plea Ddl: _____
- Reciprocal Discovery Ddl: _____
- Response Ddl: _____
- Other: _____

## BOND:

- ☑ Government moved for detention
- ☑ Dft WAIVED detention hrg.  ☐ Detention hrg. set  ☐ Detention hrg. held at Initial Appearance
- ☐ Deft. released on Conditions of Release
- ☑ Deft. remanded to the custody of the U.S. Marshal

I, Madison McCroskey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

**DCR File:** 325mj1292 10062025 131155  **Court time:** 1:30pm to 1:45pm